**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Charles E. Anderson, Trustee, on behalf of Painters' District Council No. 30 Health and Welfare Fund, et al., <br> v. <br> SELLERGREN BROS, INC, an Illinois Corporation, and MICHAEL SELLERGREN, in his individual capacity | FILED: AUGUST 15, 2008 <br> 08CV4672 <br> JUDGE MANNING <br> MAGISTRATE JUDGE COLE <br> JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs.

| | |
|---|---|
| NAME (Type or print) <br> Marisel A. Hernandez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marisel A. Hernandez | |
| FIRM <br> Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS <br> 122 South Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06191116 | TELEPHONE NUMBER <br> 312-372-1646 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |